IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID C. STEWART,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 13-cv-14-wmc

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by David C. Stewart for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of authorization as a second or successive application.

| /s/ | 2/28/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |