UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

---

DAVID C. STEWART, (Petitioner)
SCI 100 Corrections Drive
Stanley, WI 54768-6500

    v.          Case No#. 13-cv-14wmc

REED A. RICHARDSON, (Warden)
100 Corrections Drive
Stanley, WI 54768-6500

---

## MOTION FOR
## WRIT OF HABEAS CORPUS
## PERSUANT TO 18§U.S.C. 2254(a)

---

    This motion comes from the last decision from the United States District Court for the Western District of Wisconsin. Dated 28 February, 2014 by District Judge William M. Conley.

    The petitioner in this matter is not an attorney, nor has he been able to find one who will represent him in this matter. Therefore the petitioner seeks this courts attention for clarification and guidance.

    The question needing clarification is simple. If it is a Constitutional Right to have effective assistance of counsel, and counsel provides his client with in correct information, which is compounded the same incorrect information from both the court and the prosecution, can a defendant intelligently enter into a plea?

    The court needs to look into this and see that the lower courts are beating around the issue in all manner of ways. However, none address the issue. Without assistance the petitioner in this matter is being held unconstitutional and having surpassed his mandatory release date being held longer is unquestionally a valid issue.

    For more facts the petitioner would ask for counsel be provided and a proper brief forwarded. Because the petitioner received the last dated order from the prison mail on 5 March 2014. This is placed in the prison mail box 3 March, 2015.

                                            David C. Stewart (pro se)